

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00406-CV

| | | |
|---|---|---|
| AREA METROPOLITAN AMBULANCE AUTHORITY D/B/A MEDSTAR MOBILE HEALTH, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-332054-22) |
| V. | § | April 20, 2023 |
| FREDERICK REED, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT ON REHEARING

After reviewing appellant Area Metropolitan Ambulance Authority d/b/a Medstar Mobile Health's motion for rehearing and motion for en banc reconsideration, we deny the motions. We withdraw our March 9, 2023 judgment and submit the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack